# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ROBERT DORGAY,

        Petitioner,

v.                                                   Case No. 25-CV-1429

SUZANNE DEHAAN,

        Respondent.

# ORDER

On September 18, 2025, the court screened Robert Dorgay's petition for a writ of habeas corpus and set a schedule. (ECF No. 3.) The court ordered the respondent to answer the petition within 60 days. The court then gave Dorgay 28 days thereafter to file his brief in support. (ECF No. 3.)

The respondent answered the petition on November 14, 2025. (ECF No. 7.) On December 5, 2025, the court received from the petitioner a "Motion to Modify the Briefing Order by Granting the Petitioner 60 Additional Days to File His Traverse Brief." (ECF No. 8.)

The court **grants** Dorgay's motion and modifies the schedule as follows. But in doing so underscores that Dorgay's brief is not a traverse but rather a substantive brief in support of his petition, outlining all his claims and explaining why he believes he is entitled to a petition for a writ of habeas corpus.

Petitioner's brief is due no later than **February 10, 2026.**

The respondent shall file her brief within **28 days** of Dorgay's brief in support.

Dorgay may rely no later than **45 days** thereafter.

**SO ORDERED**.

Dated at Green Bay, Wisconsin this 9th day of December, 2025.

<u>*s/ Byron B. Conway*</u>
BYRON B. CONWAY
U.S. District Judge