# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ROBERT DORGAY,

        Petitioner,

v.                                  Case No. 25-CV-1429

SUZANNE DEHAAN,

        Respondent.

## ORDER

Before the court is petitioner Robert Dorgay's motion to compel the respondent to supplement the record. (ECF No. 11.)

The respondent answered the petition on November 14, 2025, and provided the following exhibits:

- Exhibit A—Amended Judgment of Conviction and Sentence to Wisconsin State Prisons and Extended Supervision entered on January 11, 2017, in State v. Robert L. Dorgay, Milwaukee County Circuit Court case no. 2014-CF-3513;

- Exhibit B—Decision issued by the Wisconsin Court of Appeals on May 29, 2024, affirming the judgment of conviction and the order denying postconviction relief in State v. Robert L. Dorgay, appeal no. 2021AP954-CR;

- Exhibit C — Order issued by the Wisconsin Supreme Court on October 7, 2024, denying the petition for review filed by Dorgay pro se in State v. Robert L. Dorgay, appeal no. 2021AP954-CR;

- Exhibit D — Brief filed by Dorgay pro se in the Wisconsin Court of Appeals in State v. Robert L. Dorgay, appeal no. 2021AP954-CR;

- Exhibit E — Response Brief filed by counsel for the State of Wisconsin in the Wisconsin Court of Appeals in State v. Robert L. Dorgay, appeal no. 2021AP954-CR;

- Exhibit F — Reply Brief filed by Dorgay pro se in the Wisconsin Court of Appeals in State v. Robert L. Dorgay, appeal no. 2021AP954-CR;

- Exhibit G — Decision and Order Denying Motion for Postconviction Relief on May 4, 2021, in State v. Dorgay, Milwaukee County Circuit Court case no. 14-CF-3513;

- Exhibit H - Jury Trial July 25, 2016 (morning session);

- Exhibit I - Jury Trial July 25, 2016 (afternoon session);

- Exhibit J - Jury Trial July 26, 2016 (morning session);

- Exhibit K - Jury Trial July 26, 2016 (afternoon session);

- Exhibit L - Jury Trial July 27, 2026 (morning session);

- Exhibit M - Jury Trial July 27, 2016 (afternoon session);

- Exhibit N - Jury Trial July 28, 2016 (morning session);

- Exhibit O - Jury Trial July 28, 2016 (afternoon session);

- Exhibit P - Jury Trial July 29, 2016;

- Exhibit Q - Sentencing November 21, 2016

Dorgay asks the court to order the respondent to provide:

1. R.19 (Motion in Limine as to Witness Brendan Muench)

2. R.76 (Jury Questions)

3. R.87 (Report from Diane M. Mosnik)

4. R.88 (Letters on Behalf of Defendant)

5. R.162 - R.188 (Pro Se Post-Conviction Briefing with Exhibits)

6. R.199 (State's Response to Defendants Post-Conviction Motion)

7. R.207 (Pro Se Defendant's Reply Brief with Attachments)

8. R.209 (Pro Se Motion for Reconsideration with Attachments)

9. R.222 (Transcript 09/29/2014 - Status Conference)

10. R.223 (Transcript 10/24/2014 - Motion Hearing)

11. R.241 (Transcript 07/14/2016 - Final Pretrial)

(ECF No. 11 at 3.)

The respondent did not respond to the motion.

Although the court has discretion to order the respondent to supplement the record, Dorgay has failed to show that all of these additional documents are necessary to resolve the petition or that they are otherwise within the scope of Rule 5(c) and (d) of the Rules Governing Section 2254 Cases. *See Thomas v. Sims*, 80 F. App'x 475, 481 (7th Cir. 2003) (noting that the state need not submit the entire trial record). Accordingly, Dorgay's motion is **DENIED**. Dorgay, however, may append to his brief in support any documents he believes are necessary to sustain his claim.

3
Case 1:25-cv-01429-BBC    Filed 02/17/26    Page 3 of 4    Document 13

Dorgay also seeks a second extension of 45 days to file his initial brief in support. (ECF No. 12.) The court finding good cause, Dorgay's motion for an extension of time is **GRANTED**. Dorgay shall submit a brief in support no later than **March 30, 2026**. The respondent shall file her brief within 28 days of Dorgay's brief in support. Dorgay may reply no later than 45 days thereafter.

**SO ORDERED**.

Dated at Green Bay, Wisconsin this 17th day of February, 2026.

*s/ Byron B. Conway*  
BYRON B. CONWAY  
U.S. District Judge