# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ROBERT DORGAY,**

        **Petitioner,**

      **v.**                      **Case No. 25-CV-1429**

**SUZANNE DEHAAN,**

        **Respondent.**

## ORDER

Before the court is petitioner Robert Dorgay's renewed motion to compel the respondent to supplement the record. (ECF No. 15.) The court denied Dorgay's previous motion noting that, although the respondent did not respond to the motion, Dorgay had failed to show that the additional records were necessary to his claims. In his renewed motion Dorgay provides additional explanation as to why the supplemental documents are relevant to his claims and why he is unable to provide the documents to the court himself.

The respondent has again failed to respond to Dorgay's motion. Accordingly, the motion (ECF No. 15) is **granted** as unopposed. *See* Civ. L.R. 7(d) (E.D. Wis.).

Within **28 days** of this order, the respondent shall supplement the record by filing with the court and serving upon the petitioner the following documents:

1. R.87 (Report from Diane M. Mosnik)

2. R.88 (Letters on Behalf of Defendant)

3. R.162 - R.188 (Pro Se Post-Conviction Briefing with Exhibits)

4. R.199 (State's Response to Defendants Post-Conviction Motion)

5. R.207 (Pro Se Defendant' s Reply Brief with Attachments)

6. R.209 (Pro Se Motion for Reconsideration with Attachments)

7. The Petitioners appellate brief/reply w/exhibits filed with the Wisconsin Court of Appeals.

Dorgay also seeks additional time to file his brief in support of his petition. (ECF No. 16.) In light of the court's order that the respondent supplement the record, the court **grants** the extension of time. Dorgay shall file his brief in support no later than **May 29, 2026**.

**SO ORDERED**.

Dated at Green Bay, Wisconsin this 25th day of March, 2026.

*s/ Byron B. Conway*
BYRON B. CONWAY
U.S. District Judge
