# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ROBERT DORGAY,**

       **Petitioner,**

       **v.**                    **Case No. 25-CV-1429**

**SUZANNE DEHAAN,**

       **Respondent.**

## ORDER

Robert Dorgay asks the court to compel the respondent to further supplement the record with the exhibits he submitted along with the reply brief that he filed in the Wisconsin Court of Appeals. (ECF No. 21.) The respondent opposes the motion, arguing that Dorgay has failed to show that the exhibits are relevant and that if Dorgay believes they are, he can submit them himself. (ECF No. 22.)

The court previously granted Dorgay's motion to compel the respondent to supplement the record with, among other matters, "R.207 (Pro Se Defendant' s Reply Brief with Attachments)." (ECF No. 17 at 2.) The court had initially denied Dogray's motion, noting that although the respondent failed to respond to the motion, Dorgay failed to show that the documents were relevant. (ECF No. 13.) When Dorgay renewed his motion and the respondent again failed to respond, only then did the court grant the motion as unopposed. (ECF No. 17.)

Dorgay relies on the court's prior order to support his present motion. He has failed to show that the additional exhibits are relevant under Rule 7 of the Rules Governing Section 2254 Cases or otherwise within the scope of Rule 5 of the Rules Governing Section 2254 Cases. The court has the inherent authority to reconsider any non-final order. Accordingly, notwithstanding the court's prior order, Dorgay's motion to compel is **denied**. Dorgay may supplement the record with any additional materials that he believes are necessary.

Dorgay shall file a brief in support of his petition within **21 days** of this order.

**SO ORDERED.**

Dated at Green Bay, Wisconsin this 5th day of June, 2026.

*s/ Byron B. Conway*
BYRON B. CONWAY
U.S. District Judge